FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 28 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARLOUS WOODS**                                           **PLAINTIFF**

VS.                         CASE NO. 5:13-CV-0067 SWW

**BROOKSHIRE
GROCERY COMPANY
and STEVE BENNETT, INDIVIDUALLY**                **DEFENDANTS**

This case assigned to District Judge Wright
and to Magistrate Judge Young

**COMPLAINT**

Comes now Plaintiff Carlous Woods, by and through his attorney, Sandra Y. Harris, and for his complaint states as follows:

1. **Jurisdiction and Venue.** This court has federal question jurisdiction of this action pursuant to 28 U.S.C. §§ 451 and 1331 *et. seq.*, 42 U.S.C. §§ 1981 *et. seq.*, 2000-e, *et. seq.* and the Arkansas Civil Rights Act (ACRA) at *Ark. Code Ann.* § 16-123-105, *et. seq.* Pendant jurisdiction is pursuant to 28 U.S.C. § 1367. Plaintiff received a Notice of Suit Rights (Right to Sue) from the EEOC on about December 3, 2012. Venue is properly within this jurisdiction pursuant to 28 U.S.C. Section 1391.

2. **Nature of Action.** This is an individual action alleging discrimination in terms and conditions of employment, including but not limited to, demotion and wrongful discharge based upon race in violation of Title VII, 42 U.S.C.§ 1981 and the ACRA.

3. **Relief Requested.** Plaintiff requests relief in the form of reinstatement, promotion, lost wages and benefits, back pay, front pay, compensatory damages, punitive damages, liquidated damage, injunctive and declaratory relief, court costs, attorney's fees and all other appropriate relief.

4. **Plaintiff.** Plaintiff Carlous Woods (hereinafter "Woods" or "Plaintiff") is an African-

1

American citizen of the United States of America who resides in Pine Bluff, Arkansas. At all relevant times herein, Plaintiff has been an employee in good standing.

### 5. Defendants.

A. Separate Defendant Brookshire Grocery Company (hereinafter "Brookshire") is a private for profit corporation conducting business in the State of Arkansas which regularly engages in commerce, and its employees handle and use goods which move in interstate commerce.

B. Separate Defendant Steve Bennett (hereinafter "Bennett") is a Caucasian male and a Market Specialist who is also a decision maker supervisor who acted directly or indirectly in the interest of Brookshire including, *inter alia*, scheduling status equal African-American and Caucasian employees. Said conduct by Bennett resulted in the impairment of Plaintiff's right to contract and deprivation of his right of equal employment opportunity in terms and conditions of employment when he was demoted and subsequently wrongfully discharging based upon race thereby infringing his rights secured by, *inter alia*, 42 U.S.C. § 1981.

### 6. Allegations.

#### A. RACE DISCRIMINATION AND IMPAIRMENT OF THE RIGHT TO CONTRACT

1.) Plaintiff became employed with Brookshire in August 1997. At the time of his wrongful discharge in January 2012, he was the Meat Market Manager.

2.) Since 2006, Plaintiff's immediate supervisor, Dennie Dow, approved Plaintiff's arrangement of his schedule which allowed him to work and attend school on Fridays.

3.) Subsequently and prior to his discharge, Bennett gave Plaintiff the ultimatum

of changing his schedule where he would work on Fridays, be demoted to a lesser job with a decrease in pay or quitting school entirely to continue his employment.

4.) Brookshire and Bennett, however, were aware that similarly situated Caucasian employees were allowed to arrange their schedule as needed, without the consequences imposed on Plaintiff, to, *inter alia,* obtain their education and to attend to personal matter.

5.) Said employees included Bruce Chavis who arranged his schedule to attend to family obligations including attendance at his son's ball games which were held on Fridays. As well, Defendants extended extra vacation time to Chavis when Plaintiff was required to work.

6.) Plaintiff refused to be demoted and chose to continues with his education, including attendance at his Friday classes. He was discharged by Defendants on about January 13, 2012.

7. **Damages**

A. As a direct and proximate result of the aforestated discrimination based upon race in terms and conditions of employment including, demotion and wrongful discharge , Plaintiff has suffered lost wages and benefits, humiliation, loss of enjoyment of life, degradation, mental anguish and severe emotional distress for which he demands recovery of lost wages and benefits, liquidated damages and compensatory damages.

B. The defendants' conduct was willful and taken in reckless disregard and callous indifference to rights granted to the plaintiff by state and federal laws; was malicious and accordingly, entitles Plaintiff to punitive damages.

C. The defendants are jointly and severally liable.

WHEREFORE, Plaintiff prays that the Court enter an order awarding him the following relief:

a. reinstatement, lost wages, back pay, front pay, lost benefits, promotion, restoration of all employment rights, benefits and privileges;

b. compensatory damages, including, but not limited to, damages for, emotional distress, humiliation and degradation;

c. punitive damages;

d. liquidated damages;

e. injunctive relief;

f. declaratory relief;

g. attorney's fees and costs and

h. all other relief to which the plaintiff may be legally or equitably entitled.

RESPECTFULLY SUBMITTED,
CARLOUS WOODS, PLAINTIFF
SANDRA Y. HARRIS,
ATTORNEY AT LAW, P.L.L.C.
3071 WEST 28th STREET
P.O. BOX 1052
PINE BLUFF, AR 71613
TELEPHONE NO. : (870) 536-2600
FACSIMILE : (870) 536-2663
E-MAIL: sharrislawfirm@cablelynx.com
BY: /s/ Sandra Y. Harris
SANDRA Y. HARRIS   ABA NO. 92207