IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CARLOUS WOODS, | * |
| Plaintiff, | * |
| vs. | *   No. 5:13-cv-00067-SWW |
| BROOKSHIRE GROCERY COMPANY and STEVE BENNETT, Individually, | * |
| Defendants. | * |

## ORDER

Upon agreement of the parties, the time for defendants to file a motion for summary judgment is hereby extended up to and including July 14, 2014.

IT IS SO ORDERED this 2nd day of July 2, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE