IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CARLOUS WOODS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:13-cv-00067-SWW |
| | * | |
| | * | |
| BROOKSHIRE GROCERY | * | |
| COMPANY, STEVE BENNETT, | * | |
| Individually, and DENNIS DIEL, | * | |
| Individually, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Without objection, the Court grants plaintiff's motion [doc.#51] for an extension of up to and including January 30, 2015, in which to respond to defendants' motions for summary judgment [doc.#'s 45, 47].

IT IS SO ORDERED this 16th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE