IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CARLOUS WOODS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:13-cv-00067-SWW |
| | * | |
| | * | |
| BROOKSHIRE GROCERY | * | |
| COMPANY, STEVE BENNETT, | * | |
| Individually, and DENNIS DIEL, | * | |
| Individually, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 19th day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE